THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Charles
 Williams, Appellant,
v.
South Carolina
 Department of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal from the Administrative Law Court
Carolyn C. Matthews, Administrative Law
 Court Judge

Unpublished Opinion No. 2012-UP-216
Submitted March 1, 2012  Filed March 28,
 2012   

AFFIRMED

 
 
 
Charles Williams, pro se.
Teresa A. Knox, J. Benjamin Aplin, and Tommy
 Evans, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charles
 Williams appeals the order of the Administrative Law Court (ALC) summarily
 dismissing his appeal of a routine denial of parole.  He argues the ALC erred
 in dismissing his administrative appeal because the South Carolina Department
 of Probation, Parole and Pardon Services' (the Department) criteria denied him
 due process.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-600(D) (Supp. 2011) (providing that the ALC "shall not hear .
 . . an appeal involving the denial of parole to a potentially eligible inmate
 by the Department"); Compton v. S.C. Dep't of Prob., Parole &
 Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 177 (2009) (holding that
 an order denying parole and stating consideration of all statutory and
 Department criteria is sufficient to avoid deeming an inmate effectively
 ineligible for parole).
 AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.